THIS OPINION HAS NO PRECEDENTIAL VALUE

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Frashawn Henderson, Appellant.
 
 
 

Appeal From Aiken County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2006-UP-193
Submitted April 1, 2006  Filed April 11, 2006    

APPEAL DISMISSED

 
 
 
 Joseph L. Savitz, III, Acting Chief Attorney, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot, Office of the Attorney General, and Solicitor Barbara R. Morgan, of Aiken, for Respondent.  
 
 
 

PER CURIAM:  Frashawn Henderson pled guilty to possession of a stolen vehicle. The judge sentenced him to ten years, suspended on three years probation. Henderson appeals these convictions, arguing that the trial court should not have accepted his guilty plea as it did not conform to the requirements of North Carolina v. Alford, 400 U.S. 25 (1970). Pursuant to Anders v. California, 386 U.S. 738 (1967), Hendersons counsel attached a petition to be relieved, stating he had reviewed the record and concluded the appeal is without legal merit sufficient to warrant a new trial. Henderson did not file a separate pro se brief. 
 After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] the appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED.
HEARN, C.J., ANDERSON, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.